# Court of Appeals, State of Michigan

## ORDER

Kathy Smith v Board of County Road Commissioners

Docket No. 334226

LC No. 2015-148043-CH

Thomas C. Cameron
Presiding Judge

Deborah A. Servitto

Elizabeth L. Gleicher
Judges

The Court orders that the January 4, 2018 opinion is hereby AMENDED to correct a clerical error. The last sentence of the first paragraph on page 5 is corrected to read:

Because we conclude that defendants' conduct was not grossly negligent, we need not address proximate cause.

In all other respects, the January 4, 2018 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 1 0 2018

Date

Chief Clerk